# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

APR 2 9 2026

Nathan Ochsner, Clerk of Court

**RICK SIMS,**

Plaintiff,

v.                                                    **Civil Action No. _____**

**CITY OF ROCKPORT, TEXAS, and
CAREY DIETRICH, in her official capacity
as Director of Building & Development,
Defendants.**

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Rick Sims, appearing **pro se**, brings this action against the City of Rockport and Carey Dietrich for violations of the Fair Housing Act, Section 504 of the Rehabilitation Act, and breach of settlement obligations

## I. JURISDICTION AND VENUE

This Court has federal question jurisdiction under 28 U.S.C. § 1331, the Fair Housing Act ("FHA"), 42 U.S.C. § 3613(a), and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794

This Court has diversity jurisdiction under 28 U.S.C. § 1332 as the Plaintiff, Rick Sims, is a citizen of and resides in Minden, Louisiana, and the Defendants are citizens of the State of Texas, and the amount in controversy exceeds $75,000

1.Venue is proper in this Division under **28 U.S.C. § 1391(b)** because the real property at issue (Sphinx 1) is located in Aransas County.

## II. PARTIES AND PROTECTED STATUS

Plaintiff Rick Sims is a Black male and a member of a protected class under the Fair Housing Act. He maintains his residence in Minden, Louisiana

Defendant **City of Rockport** is a municipality in Texas and a recipient of federal financial assistance.

Defendant **Carey Dietrich** is the Director of Building & Development, sued in her official capacity.

## III. RELEVANT PRIOR AND PENDING LITIGATION

This filing is necessitated by Defendants' failure to adhere to settlement expectations established in **Case No. 2:22-cv-00226**.

Notice is hereby given of Cause No. D-1-GN-24-0022788 (98th District Court), for which a Lis Pendens has been filed, and a Mechanic's Lien in the amount of $7,500,000.00 recorded with the Aransas County District Clerk by Noah Arc Community Development Corp.

## IV. FACTUAL ALLEGATIONS

Following the destruction of parts of the City of Rockport from Hurricane Harvey  and the onset of the COVID-19 pandemic, Plaintiff Rick Sims, acting as volunteer Executive Director of Noah Arc Community Development Corp., was contracted by a concerned citizen to provide assistance for low-to-moderate income persons seeking affordable housing and to meet the National Objective to create new jobs, and to provide economic opportunities for very low to moderate income person under HUD Section 3.

In this capacity, Plaintiff applied for new construction assistance from the Texas General Land Office (GLO) as a Community-Based Development Organization (CBDO). The purpose was to organize a Community Housing Development Organization (CHDO) pursuant to Section 570.204 of the Community Development Act and the HOME Investment Partnerships Act to train the group in community development.

Under a binding Settlement Agreement, Defendants were required to include Lots 1, 2, and 3 of Sphinx 1 in the finalized plat and employ a third-party contractor for utilities

On November 14, 2022, the Planning & Zoning Commission held a meeting regarding the Sphinx 1 replat. As evidenced by the official Minutes, the City failed to include the proper replat for Lots 1, 2, and 3, despite fees being paid by Plaintiff and Noah Arc

### Wrongful Demolition:

Defendants destroyed parts of the property without providing Plaintiff notice, despite the active **Lis Pendens** and **$7.5 Million Mechanic's Lien** providing actual notice of Plaintiff's interest.

## V. CAUSES OF ACTION

Count 1: Violation of the Fair Housing Act (42 U.S.C. § 3604(a) and (f))

§ 3604(a): Defendants denied a dwelling to the Plaintiff because of race by obstructing the platting and infrastructure necessary for affordable housing.

§ 3604(f): Defendants discriminated in the provision of services in connection with a dwelling by refusing reasonable accommodations regarding zoning and utility connections.

### Count 2: Violation of Section 504 of the Rehabilitation Act (29 U.S.C. § 794)

As a recipient of federal funds, the City discriminated against Plaintiff and the low-income persons he represents by denying them the benefits of federal land-use and housing programs.

### Count 3: Breach of Settlement Agreement

The City's failure to record the plat after accepting fees on **Nov 14, 2022**, constitutes a material breach.

### Count 4: Due Process Violation (Failure to Notify of Demolition)

Defendants deprived Plaintiff of property interests without notice despite the recorded Lis Pendens and Mechanic's Lien.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests:

A **Permanent Injunction** compelling the City to record the plat for Lots 1, 2, and 3.

•A **Full Refund** of all fees paid by Plaintiff and Noah Arc to the City of Rockport for third-party contractors to install sewer and water connections.
•**Actual Damages** totaling **$3,600,000.00** related to the **Texas GLO** and **HUD** project losses.
•**Punitive Damages** and costs of court.

Respectfully Submitted,

**Rick Sims, Pro Se**
420 Walnut St Minden La 7105

318-349-1588  RRsims90@aol.com